# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| ANTHONY DARRELL HINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | N0. 3:26-cv-01148 |
| | ) | |
| FRANK STRADA, in his official capacity | ) | |
| as Tennessee's Commissioner of | ) | |
| Correction, and | ) | |
| KENNETH NELSON, in his official | ) | |
| capacity as Warden, Riverbend | ) | |
| Maximum Security Institution, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons in the contemporaneously filed Memorandum Opinion and the parties representation to the Court, the Court rules as follows:

1.     Anthony Darrell Hines motion (Doc. No. 2) is **GRANTED IN PART.** Defendants Frank Strada, Commissioner of Tennessee Department of Corrections and Kenneth Nelson, Warden of Riverbend Maximum Security Institution are ENJOINED from forcing Hines' left hand open or closed in a painful manner and from taping that hand.

2.     In all other respects the motion is **DENIED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE